UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-396-T-17MAP

JOSIAH FORNOF

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the following property:

1. One Browning Arms Co. 9mm Semi-Automatic Pistol, S/N 245PM50185, loaded with a magazine and 13 rounds of 9mm ammunition;

2. One Mossberg 12 Gauge Shotgun, Model 500A, S/N K192367, loaded with five shotgun shells;

3. One Marlin .22 Caliber Rifle, Model 995, S/N 19344696, loaded with a magazine and seven rounds of ammunition;

4. One High Standard .22 Caliber Pistol, Model H-D Military, S/N 217573, loaded with a magazine;

5. One Universal .30 Caliber Rifle (carbine), S/N 182339, loaded with a magazine and 15 rounds of ammunition;

6. Six cans of Propellant Black Powder;

7. 332 rounds of .22 Caliber ammunition;

8. 36 rounds of 12-Gauge Shotgun ammunition;

9. One magazine loaded with ten rounds of 9mm ammunition;

10. Three magazines loaded with 45 rounds of 9mm ammunition;

11. Three magazines loaded with 75 rounds of .30 caliber ammunition;

12. One box of 50 rounds of 9mm ammunition;

13. 59 rounds of .30 caliber ammunition; and

14. 35 rounds of .30 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On November 18, 2011, the Court entered the Preliminary Order of Forfeiture. (Doc. 88).

2. On November 18, 2011, the defendant was sentenced, and the forfeiture of the firearms and ammunition were included in the Judgment. (Docs. 87, 92).

3. On November 21, 2011, the United States sent notice of the forfeiture and of its intent to dispose of the firearms and ammunition, including a copy of the Preliminary Order of Forfeiture, to the following persons known to have an interest in the firearms and ammunition via certified mail, return receipt requested, and First Class Mail:

    a. To Kimberly Ann Blevins, 18060 Owen Drive, Hudson, FL 34667, Certified Mail No. 7005 1160 0001 4165 3211, and on November 21, 2011, the certified green card was received and signed;

    b. To Robert Frank Blevins, 18060 Owen Drive, Hudson, FL 34667, Certified Mail No. 7005 1160 0001 4165 3204, and on November 22, 2011, the certified green card was

received and signed; and

  c. To Nathan Andrew Fornof, 18060 Owen Drive, Hudson, FL 34667, Certified Mail No. 7005 1160 0001 4165 3167, and on November 22, 2011, the certified green card was received and signed.

3. On December 15, 2011, claimant Kimberly Ann Blevins filed a Petition for the release of the items subject to forfeiture. (Doc. 97)

4. In accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearms and ammunition, on the official government website, www.forfeiture.gov, from November 21, 2011 through December 20, 2011. (Doc. 102). The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No other person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture and Kimberly Ann Blevins, Robert Frank Blevins and Nathan Andrew Fornof, are known to have an interest in the firearms and ammunition. No third party has filed a petition or claimed an interest in the firearms and ammunition other than

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

Kimberly Ann Blevins, whose petition was dismissed by this Court and the time for filing a petition has expired.

6. The Court finds that the firearms and ammunition are the property of defendant Josiah Fornof.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the firearms and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of February, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Anita M. Cream, AUSA